# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION
## EMPLOYMENT

**Agency Use Only**
☐ FEPA
☐ EEOC

**CHARGE NUMBER:** (Agency Use Only)
CLE84(44167)08180417

Completely Fill in the Following

**Name of Charging Party (First Middle Last):** Robert W. Brown, Jr.
**Address:** 14541 Schreiber Road
**City:** Maple Hts. **State:** Ohio **Zip Code:** 44137 **County:** Cuyahoga
**Telephone Number:** 330-814-2269
**Date(s) of Discrimination:** 7/27/17

**Name of Company:** City of Bedford
**Address:** 165 Center Road
**City:** Bedford **State:** Ohio **Zip Code:** 44146 **County:** Cuyahoga
**Telephone Number:** 440-232-1600
**Total Number of Employees:** +15
**Date of Hire:**

**I believe I was discriminated against because of my:** (Please identify)
- ☐ Race/Color
- ☐ Sex
- ☒ Disability
- ☐ Military Status
- ☐ Age (Over 40 years old only - List Date of Birth)
- ☐ Religion
- ☐ National Origin/Ancestry
- ☒ Retaliation: Requesting an accommodation

FOR AGE CASES ONLY: I have not commenced any action under sections 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

**Type of Discrimination:**
- ☐ Demotion
- ☐ Failure to Hire
- ☐ Layoff
- ☐ Other (Specify)
- ☐ Discharge/Termination
- ☐ Forced to Resign
- ☐ Promotion
- ☒ Discipline
- ☒ Harassment/Sexual Harassment
- ☒ Reasonable Accommodation

Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.

I. I am employed by the Respondent as a Building Inspector. On or about July 18, 2017 I was suspended. I have requested a reasonable accommodation and as recently as July 2017 I have been denied. In addition as recently as August 2017 I have been subjected to harassment.

II. I was informed by City Manager, Mike Mallis, that he was looking into it in response to my accommodation requests. Mr. Mallis also informed me that I was suspended for taking a city vehicle out of the city.

III. I believe that I have been unlawfully discriminated against in on the basis of my disability and in retaliation for requesting an accommodation of by disability for the following reasons:
A. Despite requesting a reasonable accommodation, in the form of typing assistance, for months I have not been accommodated.
B. I was not given documentation regarding my suspension in violation of Respondent's policy. In addition I was not given progressive discipline which is also a violation of Respondent's policy.
C. I have received several notices for vacancies in other cities for positions similar to mine. I believe this is Respondent's way of telling me leave before I am removed. No one else receives these notices.

**RECEIVED AUG 17 2017 OCRC - INTAKE CLEVELAND**

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance to their procedures.

**Charging Party Signature:** Robert W Brown Jr **Date:** 8-17-17

**Notary or Ohio Civil Rights Commission Representative**
Subscribed and sworn to before me on this 17 day of Aug, 2017

BEDFORD 0108

EXHIBIT N