EXHIBIT
41
1-24-79

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>532-2018-02545 |
|---|---|---|

Ohio Civil Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Robert W. Brown, Jr. | Home Phone (Incl. Area Code)<br>(330) 814-2269 | Date of Birth<br>1969 |
|---|---|---|
| Street Address<br>14541 Schreiber Road, Maple Heights, OH 44137 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>CITY OF BEDFORD | No. Employees, Members<br>Unknown | Phone No. (Include Area Code) |
|---|---|---|
| Street Address<br>165 Center Road, Bedford, OH 44146 | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-23-2018  Latest: 07-23-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I had been employed by the above-named respondent, most recently as a Building Inspector.

In August '17, I filed a charge of discrimination against respondent.

On 7/23/18, I was terminated for menacing a female resident. I denied the allegation.

I believe I was discriminated against for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I further believe that I was discriminated against due to my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

RECEIVED
SEP 19 2018
CLRO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)